# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. HPH INVESTORS, LP DBA MAGNOLIA MANOR APARTMENTS, an Oklahoma Limited Partnership, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 19-cv-938-HE<br>) |
| 1. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Subscribing to Policy No. ATC-60340-004, | )<br>)<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HPH Investors, LP dba Magnolia Manor Apartments, and Defendant, Certain Underwriters at Lloyd's, London, subscribing to Policy No. ATC-60340-004, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

By   s/ Matthew M. McGrew
Matthew M. McGrew, OBA #32065
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

        /s/ Andrew M. Gunn
*(signed with permission by filing attorney)*
Andrew M. Gunn, OBA# 19470
Durbin Larimore Bailick
920 North Harvey
Oklahoma City, OK 73102
Telephone: 405-235-9584
Facsimile: 405-235-0551
dlb@dlb.net

/s/ George J. Manos
*(signed with permission by filing attorney)*
George J. Manos, *pro hac vice*
Zacarias Chacon, *pro hac vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams St. Suite 300
Chicago IL 60661
Telephone: 312-463-3345
Facsimile: 312-345-1778
george.manos@lewisbrisbois.com

and

Jeremy K. Schrag, OBA # 33429
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316.609.7900
Facsimile: 316.462.5746
jeremy.schrag@lewisbrisbois.com
**ATTORNEYS FOR THE DEFENDANT**